IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| VIRGILIO GAONA, #89862509 | § | |
| | § | |
| VS. | § | CIVIL CASE NO. 4:24-CV-1111-SDJ |
| | § | |
| FANNIN COUNTY SHERIFF, CODY SHOOK | § | |
| | § | |

**MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the Report and Recommendation of the United States Magistrate Judge in this action (the "Report") (Dkt. #5), this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On July 29, 2025, the Magistrate Judge entered the Report, containing proposed findings of fact and recommendations that this petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 should be dismissed without prejudice.

The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. No objections having been timely filed, the Court concludes that the findings and conclusions of the Magistrate Judge are correct and adopts the same as the findings and conclusions of the Court.

It is therefore **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**. It is further **ORDERED** that all motions not previously ruled on are hereby **DENIED**.

**So ORDERED and SIGNED this 11th day of August, 2026.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE